RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
MARGARET W. LAMBROSE
Assistant Federal Public Defender
Nevada State Bar No. 11626
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Maggie_Lambrose@fd.org

Attorney for Josue Ivan Orozco-Becerra

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-00454-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** (Third Request) |
| v. | |
| JOSUE IVAN OROZCO-BECERRA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Margaret W. Lambrose, Assistant Federal Public Defender, counsel for Josue Ivan Orozco-Becerra, that the Preliminary Hearing currently scheduled on November 24, 2021, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.    A Waiver of Indictment, filing of an Information, Arraignment and Plea and Sentencing hearing is currently scheduled for January 5, 2022.

1    2.    Defendant is incarcerated and does not object to a continuance.

2    3.    Additionally, denial of this request for continuance could result in a

3  miscarriage of justice.

4    This is the third request for continuance filed herein.

5    DATED this 19th day of November, 2021.

6

7  RENE L. VALLADARES                      CHRISTOPHER CHIOU
   Federal Public Defender                 Acting United States Attorney

8

9    */s/ Margaret W. Lambrose*                */s/ Jared Grimmer*
   By_____        By_____

10

   MARGARET W. LAMBROSE                    JARED GRIMMER
11 Assistant Federal Public Defender       Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

1
2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3
4
5
6
7
8

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

JOSUE IVAN OROZCO-BECERRA,

          Defendant.

Case No. 2:21-mj-00454-EJY

**ORDER**

9
10
11
12
13

    Based on the Stipulation of counsel and good cause appearing, IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 24, 2021 at the hour of 4:00 p.m., be vacated and continued to January 24, 2022 at the hour of 4:00 p.m., in a courtroom to be determined.

14
    DATED this 22nd day of November, 2021.

15
16
17

_____
UNITED STATES MAGISTRATE JUDGE

18
19
20
21
22
23
24
25
26

3